

# Fourth Court of Appeals
## San Antonio, Texas

May 26, 2016

No. 04-16-00038-CV

**CITY OF FLORESVILLE**, **TEXAS**, City of Floresville City Council, City of Floresville City Planning and Zoning Committee, and the Wilson County Appraisal District,
Appellants

v.

**STARNES INVESTMENT GROUP, LLC**,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 15-06-0367-CVW
Honorable Donna S. Rayes, Judge Presiding

## O R D E R

Appellant's motion for extension of time to file reply brief is hereby GRANTED. Time is extended to June 6, 2016. No further extensions of time will be granted, and this appeal will be set for submission without benefit of appellant's reply brief if the reply brief is not filed by June 6, 2016.

It is so **ORDERED** on May 26, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court